**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

| | |
|---|---|
| In re | Case No.: 15–46028 – A399 |
| **Debtor(s):** | Chapter: 13 |

Darrel Battle
− See below for reported alias information
xxx−xx−5496

− See below for reported alias information

**ORDER**

**IT IS ORDERED** that the Debtor(s)' Application to Pay Filing Fee in Installments is Approved. The Debtor(s) shall pay the balance due on the filing fee in the amount of $155.00 through the Chapter 13 plan, and the Chapter 13 Trustee is directed to make this payment upon confirmation of the plan prior to payment to other creditors or Debtor(s)' attorney in the ordinary course of business. Failure to pay any installment when due may result in dismissal of this Bankruptcy Case without further notice or hearing.

Please note that these terms <u>may not be</u> the same as those set forth in the Debtor(s)' Application to Pay Filing Fee in Installments.

**IT IS FURTHER ORDERED** that until the filing fee is paid in full, the Debtor(s) shall not make any additional payment or transfer any additional property to an attorney or to any other person for services in connection with this case.

*[Signature]*

**U. S. Bankruptcy Judge**

Dated: 8/13/15
St. Louis, Missouri

**Reported Alias Information:**
Darrel Battle –
–

Rev. 12/11